Pro Se 14 (INND Rev. 2/20)

page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

-FILED-

MAR 27 2023

At _____ M
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

Rodrick L. Davis
[You are the PLAINTIFF, print your full name on this line.]

v. Fort Wayne Police Dept.
Police Chief Steve Reed
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number  1:23CV130
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | Fort Wayne Police Department Chief Steve Reed | 1 E. Main St #108 Ft. Wayne Ind. 46802 |
| 2 | Fort Wayne Police Department Detective Calvin Dubois | Fort Wayne Police Dept 1 E. Main St. #108 Ft. Wayne Ind. 46802 |
| 3 | Fort Wayne Police Department Officer Aaron Bloomfield | Ft. Wayne Police Dept. 1 E. Main St. #108 Ft. Wayne Ind. 46802 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? 7

2. What is the name and address of your prison or jail? Allen County Jail 417 S. Calhoun St. Fort Wayne Ind. 46802

3. Did the event you are suing about happen there? ☐ Yes. ☑ No, it happened at: Allen Co. Superior Courts 715 S. Calhoun St. Ft. Wayne Ind.

4. On what date did this event occur? June 22, 23, and 24 2021

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

   **DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

   **DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. July 17, 2020 I was charged with Burglary, Domestic Battery, Residential Entry, And Invasion of Privacy, 02D04-2007-F3-000057. While in jail in Aug. 2020, I read Officer Bloomfields Police Report and Probable Cause Affidavit and seen the pictures in evidence. All of this was the original evidence in the Motion for Discovery.

2. From phone calls between myself and the victim Adrienne Knight, while I was in jail. This is where threats from the Prosecutor Tasha Lee started. Ms. Knight was threatened by Tasha Lee that she would be incarcerated and charged with perjury if she confessed I was innocent of the crimes I was being charged.

3. Tasha Lee continued pushing back my trial. Doing so Tasha Lee, Kaenia Gatakala, And Detective Dubois conspired to falsify this case against me. Because the evidence from July 17, 2020 proved my innocence. This was clear to see when trial started June 22 2021, As the Motion for Discovery was missing Arresting Officer Bloomfields Police Report And Probable Cause Affidavit. Also the victim Adrienne Knight told a different lie on the stand from what she...,

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Claims and Facts (continued)

told July 17, 2020. Officer Bloomfield and Officer Douglas even got on the stand after Ms. Knight and repeated the exact same lie. Detective Dubois is where this lie originated from. Detective Dubois is who had the victim and witnesses presenting this lie at trial. This is how and why.

4. Detective Dubois is who met with Adrienne Knight and relayed Tasha Lee threats of perjury and incarceration. Detective Dubois is also the one that concocted the new lie that Ms. Knight was now saying. Detective Dubois also relayed this new lie to Officer Bloomfield and Officer Douglas, to have them collaberate this lie that Ms. Knight would now be saying. Detective Dubois then relayed this lie to Tasha Lee and Karnia Gatakala in order for the two of them to prepare their questions for trial. Detective Dubois with authorization from Tasha Lee removed Officer Bloomfield Police Report and Probable Cause Affidavit from evidence, because they would clearly contendict this new lie Ms. Knight would be saying. Detective Dubois then retyped the Probable Cause Affidavit to try to make it solidify the lie Detective Dubois and Tasha Lee now had Ms. Knight saying.

5. July 17, 2020 Officer Bloomfield wrote in his Report and Affidavit, that Ms. Knight told him I knocked her out or hit her several times as soon as I came in the house. Bloomfield also wrote that he was flagged down by Ms. Knight from her truck, and wrote how all the blood was all over Ms. Knight and inside her truck.

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

5. When did this event happen?
    - ◯ Before I was confined.
    - ☑ While I was confined awaiting trial.
    - ◯ After I was convicted while confined serving the sentence.
    - ☑ Other: confined Awaiting trial And at trial

6. Have you ever sued anyone for this exact same event?
    - ☑ No.
    - ◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
    - ☑ No, this event is not grievable at this prison or jail.
    - ◯ Yes, I filed a grievance and attached is a copy of the response from the final step.
    - ◯ Yes, this event was grievable, but I did not file a grievance because _____

8. If you win this case, what do you want the court to order the defendant(s) to do?
    [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

    I would like for Tasha Lee to be Removed as Prosecutor And Detective Dubois Removed as detective. Though Also I want to be compensated five million dollars. For the defendants robbing me of fifteen years of my freedom. For a case they knew I was innocent of.

[Initial Each Statement]

RLD   I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
RLD   I will keep a copy of this complaint for my records.
RLD   I will promptly notify the court of any change of address.
RLD   I WILL NOT send more than one copy of any filing to the court.
RLD   I WILL NOT send summons, USM-285, or waiver forms to the clerk.
RLD   I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on  3 / 23 /20 23  at 10:30 am/pm
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_____                    ACJ # 185472
Signature                                                              DOC # 933721
                                                                           Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

#1

| # | Defendants Name and Title | Address |
|---|---|---|
| 4. | Fort Wayne Police Department / Officer Douglas | Fort Wayne Police Dept #1158 1320 Main St. Ft. Wayne Ind. 46802 |
| 5. | ~~Allen County Prosecutors Office~~ / ~~Head Prosecutor Karen Richards~~ / Allen County Prosecutor | Prosecutors Office 602 S. Calhoun St. Ft. Wayne Ind. 46802 |
| 6. | Tasha Lee | Prosecutors Office 602 S. Calhoun St. Ft. Wayne Ind. 46802 |
| 7. | Allen County Prosecutor Karinda Giatakala | Prosecutors Office 602 S. Calhoun St. Ft. Wayne Ind. 46802 |
| 5. | Allen County Prosecutors Office Head Prosecutor Mike McAlexander | Prosecutors Office 602 S. Calhoun St. Ft. Wayne, Ind. 46802 |

## Claim and Facts

6. June 23, 2021 Adrienne Knight took the stand and told a completely different lie, then the story I read in evidence in the Motion for Discovery in August 2020. Ms. Knight now said I charged her outside. Though clearly said she never felt me hit her or don't remember me hitting her. Officer Bloomfield took the stand after Ms. Knight and repeated the same lie, and this totally contradicts everything Officer Bloomfield wrote in his Police Report and Probable Cause, that he was told and witnessed from Ms. Knight July 17, 2020. Officer Douglas even repeated this lie on the stand.

7. June 22, 23, and 24 2021, the Motion for Discovery had a Probable Cause that was typed by someone and signed by Officer Douglas. Though Officer Douglas never speaks with the victim Ms. Knight, and clearly says that everything he knows was told to Officer Bloomfield. If what Officer Bloomfield has to say is so important. Why couldn't we read his Police Report and Probable Cause? Because reading them would prove my innocence. Though also it would prove that this case was falsified and...

...fabricated against me by Tasha Lee, Karnia Gatakala, Detective Dubois, Officer Bloomfield, and Officer Douglas.

8. Tasha Lee and Karnia Gatakala conspired with Detective Dubois to fabricate this case. Because if they had not. When Ms. Knight took the stand at trial, Tasha Lee would've asked Ms. Knight questions that would've reflected the story that Ms. Knight told Officer Bloomfield July 17, 2020. Even more, Ms. Knight was not asked any questions about the statement she made at deposition. This proves that Tasha Lee knew of the removal of Officer Bloomfields Police Report. Also it proves that she knew this new lie was being said and had her questions prepared an lined up with it. Because questioning Officer Bloomfields Police Report, would bring into question what he was told and witnessed of Ms. Knight July 17, 2020. Doing this would jeopardize Bloomfield being able to collaberate the new lie. Because Bloomfield would have to be truthful about his Report, and it would have to be presented as evidence. For Tasha Lee to go with this new lie. She has to steer as far away as possible from Officer Bloomfields Police Report. Doing so proves Tasha Lee was presenting a case full of lies to the jury. Theres not one picture in evidence of blood in our house, in front of our house, or a blood trail down the street, where they said on the stand Ms. Knight flagged down Bloomfield. Because this never happened. It's all lies being told.

9. The conspiracy between Detective Dubois, Tasha Lee, And Karnia Gatakala was clear to see from Detective Dubois sitting at the States table throughout trial. Then being called to the stand as a witness after he sat and heard testimony from the other witnesses and victim. This was clearly a major conflict of interest.

10. Calvin Dubois is a Detective with the Fort Wayne Police. Detective Dubois is paid by the Fort Wayne Police Department. During this trial his role was to be impartial. All he was to do was present evidence to the Prosecutor and be called as a witness. For Detective Dubois to be sitting with the Prosecutors throughout trial, either one of two things were happening. Either Detective Dubois was being paid by the State or he was being paid by Tasha Lee to falsify witness statements and intimidate the victim Ms. Knight. Detective Dubois was there to help secure Tasha Lees guilty conviction. Officer Bloomfields testimony and the new Probable Cause Affidavit was set. All that was needed was to make sure Ms. Knight got on the stand and repeated the new lie that Detective Dubois came up with.

11. Detective Dubois main reason for sitting at the states table, was to finalize the intimidation to Ms. Knight when she walked in the court Room to testify. Dubois presence was to scare Ms. Knight that she would be incarcerated for perjury by Tasha Lee. If she did not repeat the new lie Detective Dubois came up with.

#4

12. For Ms. Knight to say one lie July 17, 2020, then to say another lie at deposition, then to say a totally different lie on the stand at trial. Then for Officer Bloomfield and Detective Dubois to get on the stand and repeat the same lie. To collaborate this lie clearly shows someone had to give this information to Officer Bloomfield. Because Officer Bloomfields Police Report says something totally different about what he was told and witnessed on July 17, 2020 from Ms. Knight. It shows coercion to validate the lies being told. Though how could I make a defense to allegations I knew nothing of? I built my defense around Officer Bloomfields Police Report and Probable Cause Affidavit. This new lie at trial was my first time hearing it. How could I defend against it?

13. This case was a conspiracy from start to finish. From Tasha Lee charging me with Burglary for going in my own home with the key, to trying to revoke my bond after I bonded out, to her allowing Detective Dubois to sit with her at the states table. Then calling him to the stand as a witness. After letting him sit and hear all the testimonies from the other witnesses and Ms. Knight. Dubois job was to recieve evidence and present it to the Prosecutor. It was not his job to remove Police Reports and Probable Causes. And change witness statements as well as Ms. Knights own story. Though this is what happened, and it clearly shows the three of them, Lee Grata Kayla and Dubois, conspired to have me found guilty of these falsified charges and case.

14. Detective Dubois was the investigator that put the case together with and for Tasha Lee. Detective Dubois was the one given authorization from Tasha Lee to go through the Motion for Discovery, and remove Police Reports after victim statements as well as witness testimony. Tasha Lee authorized Detective Dubois to do this, because from the evidence gathered July 17, 2020 from Officer Bloomfield from the victim Ms. Knights statement and picture evidence gathered. It was clear to see I was innocent of the domestic battery. Being innocent of entering the house and putting my hands on Ms. Knight. The Burglary would have to then be dismissed. This is why Tasha Lee allowed Detective Dubois to remove Bloomfields Report and Affidavit. Then allowed Dubois to coerce Ms. Knight to tell this new lie at trial, and Officer Bloomfield and Officer Douglas to collaberate. Because for Detective Dubois to come up with another Domestic Battery charge, would allow Tasha Lee to continue to charge me with this frivolous Burglary charge. This is why a Subpeona of Officer Bloomfields Police Report and Probable Cause Affidavit, would prove the falsifieing of this case against me. A Motion to Compell Original Evidence from July 17, 2020, would prove how Tasha Lee, Kachia Gatakala, and Detective Dubois fabricated this Domestic Battery charge against me. Inorder for Tasha Lee to charge me with the Burglary. When she clearly knew I was innocent of these charges.

15. Officer Bloomfield was the Arresting Officer July 17, 2020. Officer Bloomfield's Police Report and Probable Cause Affidavit, that was removed from the Motion for Discovery at trial June 22, 2021, are most important. For they would prove that Tasha Lee and Detective Dubois falsified this case against me. Doing so shows their malicious intent to have me found guilty of these charges, and sentenced to the maximum sentence of a level three felony Burglary.

16. Found guilty at trial by a bias jury and falsified evidence, I was sentenced to fifteen years for Burglary and two and a half years each for Domestic Battery Invasion of Privacy and Residential Entry. With my Post Conviction ~~proceeding~~ Relief filed, I'm looking to have this sentence overturned or vacated. I'm now filing a 42 U.S.C. 1983 inmate complaint ~~with the~~ for the violation of my Constitutional Right to a fair trial as an American citizen.

11·22·22
Signature
Xodrice Lanis

Krystal Pfiester
11/22/22

[Notary Public Seal: Krystal Pfiester, My Commission Expires 07-26-2029, Allen County, State of Indiana, Commission Number NP0735047]